ORDERED.

Dated: December 09, 2018

*Roberta A. Colton*
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                                 Case No. 8:18-bk-08117-RCT

SCOTT CRAWFORD,                                          Chapter 7

       Debtor.
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**
**IN FAVOR OF BANK OF AMERICA, N.A.**
**[Re: 4623 Lake Valencia Blvd W, Palm Harbor, Florida 34684-3922]**

    **THIS CASE** came before the Court upon the *Motion for Relief from Automatic Stay* [D.E. #8] (the "*Motion*") filed by Bank of America, N.A. ("Secured Creditor"), pursuant to the negative notice provisions of Local Rule 2002-4. Having considered the Motion and the absence of any record objection to the relief requested, the Court deems the Motion to be uncontested. The Court makes no determination that the Debtor has defaulted on the underlying obligation or as to the Creditor's standing. Accordingly, it is:

    **ORDERED:**

    1.    Secured Creditor's *Motion for Relief from Automatic Stay* is granted.

2. The automatic stay imposed by 11 U.S.C. §362 is terminated with respect to real property located at **4623 Lake Valencia Blvd W, Palm Harbor, Florida 34684-3922** (the "Property"), legally described as:

> LOT(S) R-28, BLOCK-B, LAKE VALENCIA – UNIT 2, ACCORDING TO PLAT THEREOF AS RECORDED IN PLAT BOOK 86, PAGE(S) 41 THROUGH 45, OF THE PUBLIC RECORDS OF PINELLAS COUNTY, FLORIDA.

3. This Order Granting the *Motion for Relief from Stay* is entered for the sole purpose of allowing Secured Creditor to pursue its lawful *in rem* remedies against the Property. Secured Creditor shall neither seek nor obtain an *in personam* judgment against Debtor(s).

4. All communications sent by Secured Creditor in connection with proceeding against the Property including notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to Debtor(s).

5. The Court in its discretion waives the fourteen (14) day stay of the Order Granting Motion for Relief from Stay pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

6. The Court makes no determination that the Debtor has defaulted on the underlying obligation.

###

Attorney Wanda D. Murray is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.

**DEBTOR ATTORNEY**
**(via electronic notice)**
Alan D Borden
data@1800debtrelief.com

**DEBTOR**
Scott Crawford
4623 Lake Valencia Blvd. West
Palm Harbor, FL 34684

**TRUSTEE**
**(via electronic notice)**
Carolyn R. Chaney
carolyn.chaney@earthlink.net

**UNITED STATES TRUSTEE**
**(via electronic notice)**
United States Trustee - TPA7/13, 7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602
USTPRegion21.TP.ECF@USDOJ.GOV